IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| EVA VILLANUEVA CARREON<br>*Plaintiff*, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 5-19-cv-124<br>Jury Trial Demanded |
| SONIA GONZALES GAMEZ D/B/A<br>TRANSPORTES RIGONZA<br>*Defendant,* | §<br>§<br>§ | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Eva Villanueva Carreon (Hereinafter "Plaintiff") and Sonia Gonzales Gamez D/B/A Transportes Rigonza (Hereinafter "Defendant") parties in the above-entitled and numbered cause of action (Hereinafter "The Parties") and files agreed motion for entry of final judgment and in support of the motion shows this Honorable Court as follows:

**I.**

1. On March 30, 2022, this case was submitted to a jury. The jury's verdict was returned in open court in favor of Plaintiff with all the necessary jury questions answered.

2. The Parties request entry of a judgment stating that Plaintiff Eva Villanueva Carreon ("Plaintiff") take Eighty Thousand and xx/00 ($80,000) against Defendants, and that Plaintiffs be awarded court costs as allowed by law. A copy of the proposed Final Judgment on Jury Verdict is attached as Exhibit "A".

**II.   PRAYER**

For these reasons, the Parties ask the Court to enter a judgment that Plaintiffs take Eighty Thousand and xx/00 ($80,000) against Defendants, that Plaintiffs be awarded court costs as allowed by law, and for such other relief to which Defendants may be entitled.

Respectfully Submitted,

**DONATO BROWN POOL & MOEHLMANN**

*/s/ Chaz D. Klaes*
Chaz D. Klaes
State Bar No.: 24083312
S.D. Texas Federal ID No.: 1760067
William E. "Cal" Calvert, II,
State Bar No.: 24045605
Southern District Bar No.  570837
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Telephone: (713) 877-1112
Facsimile: (713) 877-1138
E-mail: cklaes@donatobrown.com
E-Mail: wcalvert@donatobrown.com
**ATTORNEYS FOR DEFENDANT**

And

Cowen | Rodriguez | Peacock, P.C.

*/s/ Michael Cowen*
Attorney-In-Charge
Texas Bar No. 00795306
Cowen | Rodriguez | Peacock, P.C.
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone: (210) 941-1301
Facsimile: (210) 579-8968
E-Mail for Service: efilings@cowenlaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 18th day of April 2022, a true and correct copy of the above and foregoing has been served by:

☐ certified mail, return receipt requested; ☐ overnight delivery; ☐ hand delivery; ☐ United States first class mail; ☐ facsimile transmission; ☒ electronic transmission on the following counsel:

*Counsel for Plaintiff*
Malorie J. Peacock
Michael R. Cowen
Cowen Rodriguez Peacock
San Antonio, Texas 78201
T: (210) 941-1301
F: (210) 579-8968
efilings@cowenlaw.com

*/s/ Chaz D. Klaes*
Chaz Klaes

3